UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KAREN KENNEDY,

Plaintiff,

v. Case No. 8:25-cv-3453-CPT

COMMISSIONER OF
SOCIAL SECURITY,

Defendant.
____________________/

**O R D E R**

Before the Court is the Defendant Commissioner's unopposed motion to remand this case pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 34). The Commissioner seeks this relief so that, on remand, he can "take any further action needed to complete the administrative record[,] offer [the] Plaintiff an opportunity for a hearing[,] and issue a new decision." *Id.*

Sentence four of section 405(g) provides that a "court shall have [the] power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner . . . with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). In a sentence four remand, the appropriate procedure is for a court to enter a final judgment in the claimant's

favor. *Shalala v. Schaefer*, 509 U.S. 292, 296–97 (1993); *Jackson v. Chater*, 99 F.3d 1086, 1095 (11th Cir. 1996).

In light of the above, it is hereby ORDERED:

1. The Commissioner's motion (Doc. 34) is granted.

2. The Commissioner's decision is reversed, and the case is remanded for further proceedings before the Social Security Administration consistent with this Order.

3. The Clerk of Court is directed to enter Judgment in the Plaintiff's favor, to terminate any pending motions, and to close the case.

SO ORDERED in Tampa, Florida, this 22nd day of September 2026.

HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record